**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6383

RICK PARKER,

                                    Petitioner - Appellant,

        versus

PATRICIA STANSBERRY, Warden,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (CA-04-910-5-FL)

Submitted:  August 18, 2005          Decided:  August 24, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rick Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rick Parker, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Parker's motions for leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. See Parker v. Stansberry, No. CA-04-910-5-FL (E.D.N.C. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED